## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 23-00251-ODW | | Date | January 23, 2024 |
|---|---|---|---|---|

Present: The Honorable   OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

Interpreter

| Sheila English | Court Smart | Jeremy Keller Beecher |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mario Sanchez | X | X | | Ramanujan Desikan Nadadur | X | X | |

**Proceedings:**   **STATUS CONFERENCE RE: SENTENCING**

Case called, appearances made. The matter was set for sentencing.  After a lengthy hearing on 01-22-24 about the USSC decision in *Bruin*, the Court expects a marked increase in cases  dealing with the Supreme Court's clear view of the 2nd Amendment and how felons in possession of firearms and ammunition will clash.  In the case of *Sanchez*, the attorneys were advised of the *Pugh* case and the court's preference to issue its decision mindful of the fact that there are likely to be multiple other cases coming. I will advise the attorneys in  *Sanchez* case as soon as the decision is published on Pacer. Once the attorneys see the court's decision, they will have the option of exercising their right to argue the motion or determine for themselves if they wish to argue or submit.

The Court continues the Sentencing hearing until March 18, 2024 at 9:00 a.m.

IT IS SO ORDERED.

|  | : | 13 |
|---|---|---|
| Initials of Deputy Clerk | se | |